# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0214. DENNIS V. BRYANT v. THE STATE.**

We originally dismissed this case because the certificate of immediate review appeared to be signed by a different judge than the one who denied the motion in limine. On motion for reconsideration, however, Dennis Bryant's attorney has provided an affidavit indicating that the same judge signed both orders, and the trial judge has also sent an email to this Court indicating that he, indeed, signed both orders. Accordingly, we hereby GRANT the motion for reconsideration since the application for interlocutory appeal was properly filed. Our May 22, 2013 order dismissing the application for interlocutory appeal is hereby VACATED, and the application is REINSTATED. Upon full consideration of the merits of the application for interlocutory review, however, we hereby DENY the application.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 08/15/2013
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*